IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GIDGET SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 3480 |
| | ) | |
| OCWEN MORTGAGE SERVICING, INC. | ) | |
| and OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Defendants Ocwen Mortgage Servicing, Inc. and Ocwen Loan Servicing, LLC have filed a Motion To Stay (the "Motion," Dkt. No. 16) this action because of the pendency of a case before the Court of Appeals for the District of Columbia that deals with the concept of an "autodialer" under the Telephone Consumer Protection Act. Because that concept is also at issue in this case, it makes good sense to grant the Motion, and this Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 11, 2017