IN THE UNITED STATES DISTRICT COURT
Northern DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gidget Simpson, | Case No. 1:17-cv-3480 |
| Plaintiff, | Honorable Robert M. Dow Jr. |
| v. | |
| Ocwen Loan Servicing, LLC, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Defendant. | |

_____

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

The Plaintiff, Gidget Simpson ("Plaintiff"), and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 24, 2018   HYDE & SWIGART

By: */s Anthony Chester*
Anthony P. Chester (P77933)
HYDE & SWIGART
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone: (952) 225-5333
Email: tony@westcoastlitigation.com

Dated: October 24, 2018   HINSHAW & CULBERTSON LLP

By: */s Jennifer W. Weller*
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
Email: jweller@hinshawlaw.com