# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gidget Simpson

                                Plaintiff,

v.                                                Case No.: 1:17–cv–03480
                                                       Honorable Robert M. Dow Jr.

Ocwen Mortgage Servicing, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. Civ. P. 41(a)(1)(A)(ii) and the stipulation to dismiss this entire action [42] filed on 10/24/2018, this action is dismissed with prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.